IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| CAROL HARVEY GREER, | ) | Civil Action No. 5:17-cv-0598-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), ECF No. 19, which Defendant does not oppose, ECF No. 21. Plaintiff seeks an award of attorney fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of Three Thousand Two Hundred and Thirty-Eight Dollars and 92/100 ($3238.92), and recovery of expenses of Seven Dollars and 20/100 ($7.20). This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). Plaintiff's counsel indicates he spent 16.5 hours working on this matter, ECF No. 19-3, and the court finds this amount of fees to be reasonable and in accordance with applicable law.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). Therefore, this court directs the stipulated amount of attorney fees be payable to Plaintiff, Carol Harvey Greer, and sent to the business address of Plaintiff's counsel, W. Grady Jordan, Smith of Jordan & Lavery, P.A. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that

Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $3238.92 in attorney fees and $7.20 in expenses pursuant to the EAJA is granted in accordance with this Order. Plaintiff's Motion for EAJA Fees, ECF No. 19, is granted to the extent it is consistent with this Order.

IT IS SO ORDERED.

October 22, 2018  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge